# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES WEBB,

    Plaintiff,

v.

OFFICER WEBB and the CHIEF OF POLICE
of the Murphysboro Police Department,

    Defendants.

Case No. 3:16-cv-01337-JPG-SCW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED with prejudice**.

DATED: February 14, 2018

                                  **JUSTINE FLANAGAN,**
                                  **Acting Clerk of Court**

                                **BY:**   s/Tina Gray
                                          **Deputy Clerk**

**Approved:**
*s/ J. Phil Gilbert*
**J. Phil Gilbert**
**U.S. District Judge**